UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: 10-21116-CIV-MORENO

JOSE MANUEL PURI GARCIA,

    Plaintiff,

vs.

METRO FEDERAL PATROL, INC. and ISIS HERNANDEZ,

    Defendants.
_____/

### ORDER REQUIRING PLAINTIFF TO RE-FILE STATEMENT OF CLAIM

THIS CAUSE came before the Court upon a *sua sponte* review of the record.

THE COURT notes that Plaintiff's Statement of Claim (**D.E. No. 5**), filed on **April 14, 2010**, is insufficient. Therefore, Plaintiff must re-file a statement of claim by **April 23, 2010** that includes specific dates and specific times that correspond to when such wages were earned. Failure to comply with this order may result in dismissal of the case without prejudice. See S.D. Fla. L.R. 16.1(B)(6); 16.1(M).

DONE AND ORDERED in Chambers at Miami, Florida, this 16 day of April, 2010.

FEDERICO A. MORENO
CHIEF UNITED STATES DISTRICT JUDGE

Copies provided to:
Counsel of Record