UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

JOSE MANUEL PURI GARCIA,  Case No.: 10-21116-civ-Moreno/Torres

Plaintiff, and all others similarly situated under
29 U.S.C. 216(B),

vs.

METRO FEDERAL PATROL, INC.
ISIS HERNANDEZ
    Defendants.
_____/

## DEFAULT FINAL JUDGMENT

THIS CAUSE is before the Court upon Plaintiff's Motion for Final Default Judgment, filed June 11, 2010. Having reviewed the Complaint and the evidence attached to Plaintiff's Motion, it is hereby:

ORDERED AND ADJUDGED that Plaintiffs Motion for Final Default Judgment is GRANTED as follows: (1) DEFAULT FINAL JUDGMENT is entered against Defendants METRO FEDERAL PATROL, INC. and ISIS HERNANDEZ, jointly and severally, and in favor of Plaintiff upon Plaintiff's Complaint. Plaintiff Jose Manuel Puri Garcia is awarded $20,100.00 as wages and liquidated damages. (2) Plaintiff's attorneys shall be awarded $1,182.50 in fees and costs incurred in this litigation and (3) Plaintiffs' attorney's shall be entitled to collect reasonable attorneys fees in collection of the default judgment to be determined by this Court upon collection. Interest shall accrue at the rate prescribed by 28 U.S.C. §1961 until this judgment is satisfied, for which sum let execution issue.

DONE AND ORDERED in Chambers at Miami, Florida, this 22nd day of June, 2010.

_____
UNITED STATES DISTRICT JUDGE

Copies Provided:

Counsel of Record

ISIS HERNANDEZ
and
METRO FEDERAL PATROL, INC.
C/O ISIS HERNANDEZ
370 Flaglam Blvd.
Miami, FL 33144